IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Underwood, Karen

Printed: 5/6/08

Case Number: 05 B 30409
Judge: Goldgar, A. Benjamin
Filed: 8/3/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 11, 2008
Confirmed: September 27, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 23,461.92 |  |
| Secured: |  | 18,671.17 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,244.00 |
| Trustee Fee: |  | 1,162.35 |
| Other Funds: |  | 1,384.40 |
| Totals: | 23,461.92 | 23,461.92 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 2,244.00 | 2,244.00 |
| 2. | Citi Residential Lending | Secured | 0.00 | 0.00 |
| 3. | Citi Residential Lending | Secured | 24,036.33 | 18,671.17 |
| 4. | Capital One | Unsecured | 480.36 | 0.00 |
| 5. | Specialized Management Consultants | Unsecured | 235.33 | 0.00 |
| 6. | Capital One | Unsecured | 604.62 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 1,177.49 | 0.00 |
| 8. | Internal Revenue Service | Priority |  | No Claim Filed |
| 9. | Midland Finance Company/CPS | Unsecured |  | No Claim Filed |
| 10. | CB USA Sears | Unsecured |  | No Claim Filed |
| 11. | Citi Cards | Unsecured |  | No Claim Filed |
| 12. | United Credit Union | Unsecured |  | No Claim Filed |
| 13. | Radio Shack | Unsecured |  | No Claim Filed |
|  |  |  | $ 28,778.13 | $ 20,915.17 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 376.70 |
| 5% | 121.13 |
| 4.8% | 215.96 |
| 5.4% | 448.56 |
|  | $ 1,162.35 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Underwood, Karen | Case Number:  05 B 30409 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  5/6/08 | Filed:  8/3/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

